# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| GABRIEL SAMUEL CARAVALLO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | CV 526-061 |

**ORDER**

Before the Court is Petitioner's Motion for Voluntary Dismissal, dkt. no. 12, filed pursuant to Federal Rule of Civil Procedure 41(a)(2). Petitioner notifies the Court that he wishes to dismiss his 28 U.S.C. § 2241 petition without prejudice. Respondent does not oppose the motion. Accordingly, Petitioner's motion is **GRANTED**, and all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 2 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA